JUSTICE McDONOUGH,
dissenting:
In this era of comparative negligence there are the following issues of material fact relative to the defendant’s negligence:
Whether the hazard warning lights were flashing and whether slow moving emblems were affixed to the back of both the tractor and the bale feeder, in compliance with §§ 61-9-219(4) and 61-9-415, MCA.
Whether the defendant’s warning flashers and the slow moving emblems were partly or totally obscured because of dirt, mud and flying hay and debris, in violation of § 61-9-219(4), MCA.
Whether defendant was traveling without the exercise of due care (too slowly) considering the contours of the highway. See §§ 61-8-311 and 61-8-303, MCA.
These issues of material fact prohibit summary judgment, and I would reverse and remand for further proceedings and trial.
JUSTICES BARZ and WEBER concur in the foregoing dissent.